AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF OHIO

SADDLE RANCH CHOP HOUSE, LLC

V.

RLJ ENTERPRISES, LLC, *et. al.*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 5:04 CV 2237
JUDGE ADAMS

MAG. JUDGE LIMBERT

TO: (Name and address of defendant)

RLJ Enterprises, LLC
3080 Cleveland-Massillon Road
Norton, OH 44203

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark J. Skakun, Esq.
Buckingham, Doolittle & Burroughs LLP
50 S. Main St.
P. O. Box 1500
Akron, OH 44309-1500

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GERI M. SMITH
Clerk of Courts

(By) Deputy Clerk

DATE:

NOV 1 0 2004

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | NOVEMBER 28, 2004 @ 6:45 PM |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| JOE KOZNARSKY | PRIVATE PROCESS SERVER STATE OF OHIO - ALL COUNTIES |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED TO MILO MILKOVICH, AGENT FOR RJL ENTERPRISES, LLC, AT THE RESIDENCE OF MILO MILKOVICH, 3080 S. CLEVELAND-MASSILLON ROAD, NORTON, OHIO 44203

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: DECEMBER 1, 2004
( Date )

Signature of Server JOE KOZNARSKY

Address of Server 40 E. BUCHTEL AVE. AKRON, OHIO 44308

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.